[No. 17242-9-II.   Division Two.   March 1, 1996.]

RAYMOND R. NELSON, ET AL., *Appellants*, v. JOHN T. WALLS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pacific County, No. 90-2-00053-4, Gordon Godfrey, J. Pro Tem., entered June 1, 1993. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan, J., and Wiggins, J. Pro Tem.

[Nos. 17296-8-II; 17398-1-II.   Division Two.   March 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN ANN LAYMAN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. RONALD McNEAL, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, Nos. 92-1-00297-8; 92-1-00296-0, David R. Draper, J., entered June 3, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 17501-1-II.   Division Two.   March 1, 1996.]

JOSEPH M. ELKINS, *Appellant*, v. LEWIS COUNTY HOSPITAL DISTRICT 1, D/B/A MORTON GENERAL HOSPITAL, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 93-2-00030-6, H. John Hall, J., entered August 26, 1993. *Reversed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Morgan, J.